IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARLES WILLIAM HOOPER,

           Plaintiff,           ORDER TO SHOW CAUSE

   v.                                                 11-cv-11-slc

OFFICER MYERS,

           Defendant.
_____

      In this civil action brought pursuant to 42 U.S.C.§ 1983, plaintiff is proceeding on a claim that defendant Officer Myers subjected him to cruel and unusual punishment in violation of the Eighth Amendment by placing him a cold cell for 24 hours without clothing, blankets or food. Now before the court is Myers's motion for summary judgment, dkt. 28. Hooper has not responded to the motion or Myers's proposed facts. In fact, plaintiff has not filed anything in this case or in his other two cases in this court since December 2011. *See* Case Nos. 10-cv-743-slc and 11-cv-571-slc. Hooper's failure to communicate with the court indicates that he no longer intends to pursue his lawsuits. Thus, I am ordering plaintiff Charles Hooper to show cause why this case should not be dismissed with prejudice for his failure to prosecute it. If plaintiff does not respond within two weeks, then this case will be dismissed with prejudice.

ORDER

      IT IS ORDERED that plaintiff Charles Hooper may have until April 30, 2012 to show cause why this case should not be dismissed with prejudice for his failure to prosecute it. If plaintiff does not respond by this date, the clerk of court is directed to enter judgment for defendants and close this case.

      Entered this 16th day of April, 2012.

                                                       BY THE COURT:

                                                     /s/

                                                     STEPHEN L. CROCKER
                                                     Magistrate Judge