IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

    Plaintiff,

v.

KETTLE MORAINE CORRECTIONAL
CENTER and OFFICER MYERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-11-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Kettle Moraine Correctional Center; and

    (2) dismissing plaintiff's claims against Officer Myers with prejudice for failure to prosecute.

*By: Femi Kamule, Deputy Clerk*
Peter Oppeneer, Clerk of Court

5-7-12
Date